**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CHEN HANG,**
**Alien # A-073,171-965,**
        **Petitioner,**

**vs.**                                        **Case No. 4:08cv314-SPM/WCS**

**MICHAEL B. MUKASEY,**
**ATTORNEY GENERAL OF THE**
**UNITED STATES, et al.,**

        **Respondents.**

_____/


## REPORT AND RECOMMENDATION

Proceeding *pro se*, Petitioner initiated this case on July 14, 2008, by filing a

petition for writ of habeas corpus under § 2241.  Doc. 1.  Petitioner alleged that he is a

native of China, that China refuses to issue travel documents for him, and that

Respondents are unable to effect his removal, yet refuse to release him.  *Id.*, at 2.

Petitioner does not challenge the validity of the removal order, only his indefinite

detention under Zadvydas v. Davis, 533 U.S. 678 (2001).  *Id.*  Service was directed on

August 5, 2008, doc. 5, and Respondents filed a motion to dismiss, doc. 12, on

September 29, 2008.

Respondents assert in the motion to dismiss that Petitioner was released from custody of Immigration and Customs Enforcement (ICE) on August 29, 2008.  Doc. 12, p. 1.  Petitioner was released "since the government of China declined to issue Petitioner travel documents."  *Id.*, at 2; *see* exhibit 1.  Therefore, because Petitioner has essentially been afforded the relief he sought, release from detention, this § 2241 petition should now be dismissed as moot.

Respondent's motion to dismiss, doc. 12, contains a certificate of service which indicates the document was provided to Petitioner at his "last known address" which was the Wakulla County Jail.  Presumably, that facility will not forward mail to Petitioner since he has been released, although this order and report and recommendation will be sent there as well.  Nevertheless, when service was directed on August 5, 2008, Petitioner was ordered to "file a notice of change of address with this Court should he be released from custody . . . ."  Doc. 5, p. 3.  Petitioner's failure to do so in the month since his release indicates that Petitioner has abandoned this litigation.

In light of the uncontested assertion by Respondent, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Chen Hang be **DISMISSED as moot** since it appears he has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on October 1, 2008.


 s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**