IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHEN HANG,
Alien # A-073,171-965,
    Petitioner,

v.                                    CASE NO. 4:08cv314-SPM/WCS

MICHAEL B. MUKASEY,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,
    Respondents.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated October 1, 2008. Doc. 13. Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

2.     The 2241 petition is dismissed as moot.

DONE AND ORDERED this 26th day of March, 2009.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge